1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ELVIA H. ALCANTAR,

11            Plaintiff,                        No.  CIV-S-10-2638 GEB GGH

12        vs.

13   MICHAEL J. ASTRUE,                         ORDER
     Commissioner of Social Security,
14
              Defendant.
15   _____/

16            On December 7, 2011, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within fourteen days.  No objections were filed.

19            Accordingly, the court presumes any findings of fact are correct.  See Orand v.

20   United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

21   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

22   1983).

23            The court has reviewed the applicable legal standards and, good cause appearing,

24   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

25   \\\\\

26   \\\\\

                                              1

Accordingly, IT IS ORDERED that the Findings and Recommendations filed December 7, 2011 (dkt. no. 18), are ADOPTED and

1.  Plaintiff's motion for summary judgment (dkt. no. 14) is granted in part;

2.  Defendant's cross-motion for summary judgment (dkt. no. 15) is denied;

3.  The case is remanded for further proceedings under sentence four of 42 U.S.C. § 405(g); and

4.  Judgment is entered for plaintiff.

Dated:  January 3, 2012

GARLAND E. BURRELL, JR.
United States District Judge

2